COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Hassell Construction Co. Inc., derivatively by and through its shareholder, Royce Hassell; R. Hassell & Company, Inc., and R. Hassell Builders, Inc. v. Springwoods Realty Company, Springwoods Realty, Inc., Harris County Improvement District #18, Walter P. Moore & Associates, Inc., d/b/a Walter P. Moore and Costello, Inc.

Appellate case number:  01-17-00822-CV

Trial court case number:  2016-85276

Trial court:  333rd District Court of Harris County

This appeal is stayed pursuant to the "Suggestion of Bankruptcy" that appellants R. Hassell & Co., Inc., and R. Hassell Builders, Inc. filed in this Court on July 3, 2018. The Suggestion of Bankruptcy states that R. Hassell & Co., Inc., and R. Hassell Builders, Inc. have filed petitions for relief under Chapter 11 of Title 11, United States Code, in Cases 18-33608 and 18-33619, respectively, in the United States Bankruptcy Court for the Southern District of Texas. *See* 11 U.S.C. § 362(a) (automatic stay in bankruptcy). Appellees Springwoods Realty Company and Springwoods Realty, Inc. filed a motion to reinstate the appeal. We grant the motion, lift the abatement, and **reinstate the case** on the Court's active docket. *See* TEX. R. APP. P. 8.3(a).

The appellate record and the parties' briefs were filed prior to the abatement. The parties are instructed to inform the Court by December 21, 2020 if they intend to rely upon their prior briefing or file a supplemental brief.

It is so ORDERED.


Judge's signature:  ____/s/ Russell Lloyd_____
                    ☑ Acting individually

Date:  ____November 24, 2020____